United States District Court
for the
Southern District of Florida

| Jabari Matthew Bailey, Plaintiff, | ) | |
|---|---|---|
| v. | ) ) ) | Civil Action No. 19-22355-Civ-Scola |
| J. W. Johnson and others, Defendants. | ) ) | |

### Order Adopting Magistrate Judge's Report and Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On February 26, 2020, Judge Reid issued her report, recommending that, upon initial screening, in accordance with 28 U.S.C. § 1915, the Court allow Plaintiff Jabari Matthew Bailey's second amended complaint to proceed in part and to be dismissed in part. (Rep. of Magistrate Judge, ECF No. 15.) Bailey has not objected to Judge Reid's report and the time to do so has passed.

In his complaint, Bailey, a pretrial detainee at Metro West Detention Center, complains the Defendants have prevented him from participating in Jumu'ah religious services in violation of both the Religious Land Use and Institutionalized Persons Act and the Free Exercise Clause of the Constitution. The Court agrees with Judge Reid that (1) Bailey fails to state a claim against Miami-Dade County; (2) Bailey fails to state a claim under the RLUIPA; and (3) Bailey has succeeded in stating a claim under the Free Exercise clause, against the individual Defendants, but for injunctive relief and nominal damages only. At the same time, Judge Reid also recommends that Bailey be afforded the opportunity to amend his complaint with respect to his RLUIPA claims against the individual Defendants. Bailey, however, has filed a notice, advising the Court he is declining to do so. (Pl.'s Not., ECF No. 16.) He informs that he wishes to proceed only on his "individual-capacity Free Exercise claim against Reverend Martin and Chief Johnson for injunctive relief and nominal damages." (*Id.*)

Accordingly, and after careful review, the Court **adopts** Judge Reid's report and recommendation (**ECF No. 15**), **in full**, as follows:

(1) The Court **dismisses, with prejudice**, Bailey's claims against Miami-Dade County; Bailey's official-capacity Free Exercise claim; Bailey's official-capacity RLUIPA claim; Bailey's individual-capacity RLUIPA claims for monetary damages; and, because he has declined the

opportunity to amend, Bailey's individual-capacity RLUIPA claims for injunctive relief.
(2) The Court will allow Bailey to proceed on his individual-capacity Free Exercise claim against Reverend Martin and Chief Johnson for injunctive relief and nominal damages only.

Additionally, the Clerk is directed to **edit the docket text for ECF No. 16** to reflect that that filing is actually a notice rather than a third amended complaint, as Bailey has titled it.

This matter **remains referred** to Judge Reid as set forth in Administrative Order 2019-2.

**Done and Ordered** in Miami, Florida, on March 20, 2020.

Robert N. Scola, Jr.
United States District Judge